RUSSELL S. BABCOCK
California State Bar No. 99130
LAW OFFICES OF RUSSELL S. BABCOCK
1901 First Avenue, First Floor
San Diego, California 92101
Russbab@gmail.com
(619) 531-0887

**FILED**
JAN 3 1 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## THE HONORABLE GONZALO P. CURIEL

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-5154-GPC |
| Plaintiff, | MOTION FOR SUBSTITUTION OF COUNSEL |
| v. | |
| ALITZEL SUAREZ ADRIANO, | |
| Defendant. | |

Defendant, ALITZEL SUAREZ ADRIANO, hereby requests and does consent that Attorney Russell S. Babcock be substituted in as attorney of record. Defendant further requests that all previous counsel be relieved as attorneys of record.

The undersigned consent to the substitution.

Dated: January 31, 2020

Respectfully Submitted,

/s/ Russell S. Babcock
Russell S. Babcock

Dated: 1/31/2020

Aron Israelite

Dated:

IT IS SO ORDERED
DATED: 1/31/20

Alitzel Suarez Adriano