# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALITZEL D. SUAREZ-ADRIANO,<br><br>Defendant. | Case No. 19-CR-5154 GPC<br><br>**ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE**<br><br>The Honorable Gonzalo P. Curiel |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the indictment in the above-entitled action be dismissed without prejudice.

**SO ORDERED.**

Dated: March 25, 2020

Hon. Gonzalo P. Curiel
United States District Judge